KATZMELINGER
280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Adam Sackowitz
Katz Melinger PLLC

t: 212.460.0047
f : 212.428.6811
ajsackowitz@katzmelinger.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/14/2021__
```

April 13, 2021

**Via ECF**
Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

# MEMO ENDORSED

Re:   *Carmona v. Building Management Associates, Inc., et al.*
      **Civil Action No. 20-cv-04143(AJN)**

Your Honor:

We represent the plaintiff, Lisa Carmona, in the above-captioned matter, and submit this letter with the consent of counsel for the defendants to respectfully request a brief adjournment of the conference currently scheduled for April 20, 2021 at 10:00 a.m. (Dkt No. 30). This is Plaintiff's first request for an adjournment of the conference.

The reason for this request is that Plaintiff's counsel has a scheduling conflict which cannot be moved and therefore Plaintiff's counsel will be unable to appear for the conference as currently scheduled. Counsel for the parties have conferred and propose adjourning the conference to any of the following dates, subject to the Court's availability:

April 26th, 27th, 28th, 29th, or 30th
May 3rd, 4th, 6th, 7th, 11th, or 12th

We thank the Court for its consideration.

Respectfully submitted,

Adam Sackowitz

Cc: Richard Del Valle (via ECF)

---

Application GRANTED. The conference scheduled for April 20, 2021, at 10:00 a.m. is hereby ADJOURNED to **April 27, 2021, at 10:00 a.m.** The dial-in information remains the same. This Order does not affect the deadlines for the parties to file their opposition and reply letters. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 14, 2021