UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA CARMONA,

    Plaintiff,

-against-

BUILDING MANAGEMENT ASSOCIATES, INC., et al.,

    Defendants.

20-CV-4143 (AJN) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/21

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the telephonic discovery conference on April 27, 2021, it is hereby **ORDERED** that:

1. On or before **May 11, 2021**, defendants shall produce all non-privileged e-mails, text messages, and other communications, regardless of form, discussing what counsel described during the telephonic conference as the shutdown of plaintiff's bmamanagement.com account due to her alleged abuse of that account.

2. On or before **May 11, 2021**, defendants shall provide a sworn statement, made on personal knowledge, confirming that defendants preserved and searched plaintiff's bmamanagement.com account and produced from that account all non-privileged emails responsive to plaintiff's discovery requests.

3. All fact discovery shall be completed no later than **June 25, 2021**. No further extensions of the fact discovery deadline will be granted absent compelling circumstances. The parties do not anticipate any expert discovery.

4. Judge Moses will conduct a further status conference on **June 9, 2021, at 10:00 a.m.** No later than **June 9, 2021**, the parties shall submit a joint status letter outlining the progress of discovery to date, and any settlement efforts, and shall advise the court as to whether they request a referral to the Court's mediation program and/or a judicially supervised

settlement conference. The parties are directed to call **(888) 557-8511** on their scheduled date, a few minutes before their scheduled time, and enter the access code **7746387.**

Dated: New York, New York
April 27, 2021

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**