# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/21

| | |
|---|---|
| Adam Sackowitz<br>Katz Melinger PLLC | t: 212.460.0047<br>f : 212.428.6811<br>ajsackowitz@katzmelinger.com |

April 27, 2021

**Via ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007



4/28/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

The post-discovery conference is hereby adjourned to July 9, 2021 at 3:00 p.m.  SO ORDERED.

Re: *Carmona v. Building Management Associates, Inc., et al.*
**Civil Action No. 20-cv-04143(AJN)**

Your Honor:

We represent the plaintiff, Lisa Carmona, in the above-captioned matter, and submit this letter jointly with counsel for the defendants to apprise the Court of certain updates regarding the status of discovery in this matter and to respectfully request an adjournment of the post-discovery conference currently scheduled for April 30, 2021 at 3:00 p.m.

As the parties advised in their joint letter dated April 22, 2021 (Dkt. No. 36), the parties were scheduled to appear for a discovery conference with Magistrate Judge Moses on April 27, 2021 to address a discovery dispute that had arisen. Counsel for the parties appeared for the discovery conference this morning, during which Judge Moses ordered Defendants to produce certain documents to Plaintiff on or before May 11, 2021 and extended the deadline for the parties to complete fact discovery to June 25, 2021.

Based on the foregoing, the parties respectfully request that the post-discovery conference currently scheduled for April 30, 2021 be adjourned to a date subsequent to June 25, 2021.

We thank the Court for its attention and consideration.

Respectfully submitted,

Adam Sackowitz

Cc: Richard Del Valle (via ECF)