**MEMO ENDORSED**

# Siegel & Reiner, LLP
Attorneys-at-Law
130 East 59th Street, 12th Floor
New York, New York 10022

Richard H. Del Valle
Partner

Direct Dial: (646) 745-2805
E-Mail: rdelvalle@siegelreiner.com

June 4, 2021

Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/21
```

Re: <u>Lisa Carmona v. Building Management Associates, Inc., et al.</u>
Civil Action No. 20-cv-4143 (AJN)

Your Honor:

My firm represents the Defendants in the above-referenced action. On April 27, 2021, the attorneys for the parties attended a conference before Your Honor. At that conference, the Court ordered a status conference for June 9, 2021 at 10 a.m. I only recently learned that my attendance will be required at a hearing for the Department of Buildings beginning at 8:30 a.m. on that date to represent the Respondent in a matter entitled: <u>Department of Buildings v. Santiago F. Mayol</u>; Summons #035543713z Accordingly, I respectfully request that the status conference in this action be re-scheduled for the afternoon of June 9, 2021, or the following day.

I have discussed this matter with Plaintiff's counsel, Adam Sackowitz, Esq., and he has indicated to me that he consents to this application.

Thank you for your attention to this request.

Respectfully submitted,

Richard H. Del Valle, Esq.

c:  Adam Sackowitz, Esq. (by ECF)
    Katz Melinger PLLC
    *Attorneys for Plaintiff*

Application GRANTED. The June 9, 2021 conference is adjourned to **June 10, 2021 at 3:00 p.m.**

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 7, 2021