```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LISA CARMONA,

        Plaintiff,

  -against-

BUILDING MANAGEMENT ASSOCIATES, INC., et al.,

        Defendants.

20-CV-4143 (AJN) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/10/21__

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the telephonic discovery conference on June 10, 2021, it is hereby **ORDERED** that:

1. The close of fact discovery remains **June 25, 2021**. The parties do not anticipate any expert discovery.

2. Summary judgment motions will be due **July 25, 2021**. (*See* Dkt. No. 19.)

Dated: New York, New York
       June 10, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**