# Siegel & Reiner, LLP
Attorneys-at- Law
130 East 59th Street, 12th Floor
New York, New York 10022

Richard H. Del Valle  
Partner

Direct Dial: (646) 745-2805  
E-Mail: rdelvalle@siegelreiner.com

August 6, 2021



Hon. Alison J. Nathan  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2102  
New York, New York 10007

> The post-discovery conference is hereby ADJOURNED to September 17, 2021, at 3:00 p.m. SO ORDERED.

**Re: <u>Lisa Carmona v. Building Management Associates, Inc., et al.</u>**
      Civil Action No. 20-cv-4143

Dear Judge Nathan:

    This firm represents the Defendants in the above-referenced action. Yesterday, August 5, 2021, counsel for the parties attended a conference before Magistrate Judge Barbara C. Moses regarding a remaining discovery issue. Following a lengthy discussion, Judge Moses extended fact discovery until September 3, 2021, marking the date final against the Defendants.

==Based on the foregoing, the parties respectfully and jointly request that the status conference scheduled for next Friday be adjourned to a date after September 3, 2021.==

Thank you for your attention to this request.                             SO ORDERED.

Respectfully submitted,

Richard H. Del Valle, Esq.

c: Adam Sackowitz, Esq.  
   Katz Mellinger, PLLC  
   *Attorneys for Plaintiff*

SO ORDERED.  
ALISON J. NATHAN, U.S.D.J.   8/6/21