UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lisa Carmona,

           Plaintiff,

–v–

Building Management Associates, Inc. *et al.*,

           Defendants.

20-cv-4143 (AJN) (BCM)

ORDER

ALISON J. NATHAN, District Judge:

In light of the ongoing discovery disputes in this matter, the Court hereby ADJOURNS the post-discovery conference to October 15, 2021, at 3:00 p.m.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                                 ALISON J. NATHAN
                                               United States District Judge