UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Carmona,

        Plaintiff,

–v–

Building Management Associates, Inc., *et al.*,

        Defendants.

20-cv-4143 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2021

ALISON J. NATHAN, District Judge:

    In light of the extension to complete fact discovery, the Court hereby ADJOURNS the post-discovery conference to November 12, 2021 at 3:00 PM.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge