UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Lisa Carmona,

        Plaintiff,

–v–

Building Management Associates, Inc., *et al.*,

        Defendants.

20-cv-4143 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint status letter. Dkt. No. 72. The Court determines that a post-discovery conference is not necessary in this matter and ADJOURNS the conference scheduled for November 12, 2021 *sine die*. In lieu of a conference, the parties are ORDERED to meet and confer to discuss settlement and potential trial dates. The parties previously indicated in their revised case management plan that this case is not to be tried to a jury. Dkt. No. 19. Due to the Court's current schedule, including its heavy criminal docket, the Court is not available for a jury trial until Fall 2022. The parties must bear this in mind in their discussions. The parties may consider whether they wish to consent to the Magistrate Judge for all purposes as the Magistrate Judge will likely be able to try the case sooner.

    The parties are FURTHER ORDERED to submit a joint letter on or before November 23, 2021. The joint letter must: (1) confirm that the parties met and conferred and discussed settlement in good faith; (2) if settlement has not been reached, propose trial dates (taking into consideration the Court's above-mentioned availability); and (3) indicate whether both parties consent to the Magistrate Judge for all purposes (the parties should not indicate if only one side

consents); and (4) if both sides do not consent, indicate whether the parties wish to be referred to the Magistrate Judge or to the Southern District's Mediation Program for settlement discussions. The Court will set a pretrial submissions schedule, if necessary, after it receives this information.

    SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge